The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EC EDWARD COBB,

          Plaintiff,

  v.

SOUTH CORRECTIONAL ENTITY, *et al.*,

          Defendants.

CASE NO. C20-607-BJR

ORDER ADOPTING REPORT AND
RECOMMENDATION AND DISMISSING
ACTION

The Court, having reviewed Plaintiff's complaint the Report and Recommendation of the

Honorable Michelle L. Peterson, United States Magistrate Judge, Plaintiff's Objections and

Supplemental Objections thereto, and the remaining record, does hereby find and Order:

(1)      As set forth in the Report and Recommendation, Plaintiff's complaint is defective

in a number of ways. Even though Judge Peterson has explained the defectives and the manner in

which the defects may be corrected and despite accommodating Plaintiff's repeated requests for

extensions, Plaintiff has failed to file a legally sufficient amended complaint. As Judge Peterson

aptly states "[t]his case had now been pending for almost sixteen months, and Plaintiff has yet to

file a clear, concise, and viable pleading." Dkt. No. 34. Plaintiff's Objections and Supplement

Objections do not adequately address the errors highlighted in the Report and Recommendation;

(2)      Therefore, the Court adopts the Report and Recommendation;

(3)     Plaintiff's complaint (Dkt. No. 10) and this action are hereby DISMISSED, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B), for failure to state a viable claim for relief under 42 U.S.C. § 1983; and

(4) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Peterson.

Dated this 21st of September 2021.

Barbara       Jacobs       Rothstein
U.S. District Court Judge